[No. 10010–3–III.   Division Three.   March 29, 1990.]

CHERIE CLAWSON, *Appellant,* v. SAMUEL KETTING, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 86–2–00780–3, Carolyn A. Brown, J., entered May 4, 1989. *Reversed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 22454–9–I.   Division One.   April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY MARIO GRIEGO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02061–2, Arthur E. Piehler, J., entered June 1, 1988. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Webster, J., concurred in by Coleman, C.J., and Baker, J.

[No. 23871–0–I.   Division One.   April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE LONG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–03686–5, Arthur E. Piehler, J., entered March 14, 1989. *Dismissed* by unpublished per curiam opinion.